PERRY SAYRES, Respondent, v. DECKER AUTOMOBILE COMPANY, Appellant.— Motion to vacate order herein dismissing appeal granted, and appellant's time

to file and serve its printed record on appeal is extended to April 16, 1923, the appellant to be ready for argument when case is reached in its regular order at the May, 1923, term of this court.